IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNADETTE DICKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:23-CV-64-RAH |
| | ) |
| CONDUENT COMMERCIAL SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On June 30, 2023, the Magistrate Judge recommended that the Motion to Dismiss this case should be granted and that the Motions for Default Judgment should be denied. The Magistrate Judge allowed Plaintiff Bernadette Dickerson until July 17, 2023, to object to the Recommendation. No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.  The Recommendation (Doc. 16) is ADOPTED.

2.  The Motion to Dismiss (Doc. 8) is GRANTED.

3.  The Motions for Default Judgment (Docs. 11, 12) are DENIED.

4.  The Complaint (Doc. 1) is DISMISSED without prejudice.

DONE, on this the 25th day of August 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE